# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**VERSUS**

**MOHAMMAD ALAM**

**CRIMINAL NO. 22-20-JWD-SDJ**

---

Arraignment was held by zoom before District Judge John W. deGravelles on April 7, 2022, with the following participants:

Jessica Marie Podewils Thornhill
**Counsel for the United States**

Karl E. Ludwig
**Counsel for the Defendant**

Mohammad Alam
**Defendant**

The Defendant is sworn and questioned by the Court.

The Defendant waives his right to personally appear and consents to proceeding remotely for today's hearing. The Court hereby finds that the defendant has knowingly and voluntarily agreed to participate in this conference by video. With the parties' consent, the Court specifically finds that arraignment cannot be further delayed without serious harm to the interests of justice.

The Bill of Information is read into the record. The waiver of indictment (Doc. 2) is accepted by the Court. The plea agreement is authenticated, summarized, and filed into the record by the Assistant United States Attorney. The factual basis for the guilty plea is read into the record. The Defendant enters a plea of GUILTY to Count 1 of the Bill of Information. The Court finds that there is a sufficient factual basis for the guilty plea. The Court accepts the guilty plea but defers acceptance of the plea agreement until the time of sentencing. The

Court orders a presentence investigation.  The Defendant is released on the same bond

conditions set by Magistrate Judge.

Signed in Baton Rouge, Louisiana, on <u>April 7, 2022</u>.

CR 1; T:0:45 hr (zoom)
Reporter: Shannon Thompson

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**