United States District Court
Louisiana Middle District
Exhibits Log: 22-cr-020-JWD-SDJ-USA v. ALAM
USA v. ALAM-SENTENCING, 9/1/2022

- 1 -

| EXHIBIT | DESCRIPTION |
|---|---|
| Def-1 | Property Ownership Info pt 1 |
| Def-2 | Property Ownership Info pt 2 |
| Def-3 | Property Ownership Info pt 3 |
| Def-4 | Property Ownership Info pt 4 |